UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE APPLICATION OF THE ) <br> UNITED STATES OF AMERICA FOR ) <br> AN ORDER PURSUANT TO ) <br> 18 U.S.C. § 2703(d) FOR INFORMATION ) <br> REGARDING FACEBOOK ACCOUNT ) <br> <u>DENNIS.MENACE.98096</u>             ) | MISC. NO. <u>21-mj-5215-MAS</u> <br><br> **FILED UNDER SEAL** |

ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Facebook, an electronic communications service provider and/or a remote computing service located at 1601 Willow Road, Menlo Park, CA 94025, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

The Court determines that there is reason to believe that notification of the existence of this Order will seriously jeopardize the ongoing investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates.  *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Facebook, shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that Facebook, shall not disclose the existence of the application of the United States, or the existence of this Order of the Court, to the subscribers of the account listed in Attachment A, or to any other person, for a period of one year from the date of the issuance of this Order unless and until otherwise authorized to do so by the Court, except that Facebook may disclose this Order to an attorney for Facebook, for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed for a period of one year from the date of the issuance of this Order

Date__June 24, 2021____



Signed By:
Matthew A. Stinnett
United States Magistrate Judge